# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO ARANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRAZIER, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01147-BAM (PC)<br><br>ORDER CLOSING CASE AS OPENED IN ERROR<br><br>ORDER DIRECTING CLERK OF COURT TO FILE AMENDED COMPLAINT IN CASE NO.: 1:17-cv-01702-DAD-BAM (PC) |

Plaintiff Mauricio Arana is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 16, 2018, the Clerk of the Court received a filing indicating it is an amended complaint from Plaintiff. (Doc. No. 1). The amended complaint did not have any case number on it. On August 24, 2018, the Clerk of the Court processed the amended complaint as a new case and issued new case documents. (Doc. Nos. 2, 3.)

Review of the filing shows that Plaintiff intended to file this pleading as his second amended complaint in *Mauricio Arana v. B. Frazier*, Case No. 1:17-cv-01702-DAD-BAM-PC. Therefore, the Court will close this matter as opened in error, and will direct the Clerk of the Court to file the pleading as the second amended complaint in that case.

The Court receives hundreds of filings every day in numerous cases. Thus, Plaintiff is reminded that it is critical that the first page of every document filed with the Court contain a

1

caption that includes the case number assigned to the action, followed by the initials of the District Court Judge and Magistrate Judge to whom the case is assigned, and the letters "PC," so that the Clerk of the Court can determine where the document should be filed. This was explained to Plaintiff in the Court's First Informational Order. (Doc. No. 3.) Plaintiff should review that Order and be sure he is familiarized with the rules and procedures of the Court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to file the initial pleading in this case as the second amended complaint in Mauricio Arana v. B. Frazier, Case No. 1:17-cv-01702-DAD-BAM-PC, with a filing date of August 16, 2018; and
2. The Clerk of the Court shall terminate all pending deadlines in this action and close this case.

IT IS SO ORDERED.

Dated: **August 27, 2018**         /s/ *Barbara A. McAuliffe*
                                                               UNITED STATES MAGISTRATE JUDGE